# FILED UNDER SEAL

**United States District Court**
**District of Nevada**  2018 OCT 31 PM 1:58

U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00893-NJK |
| PLAINTIFF, | |
| VS. | **ORDER TO SEAL** |
| JOSEPH RYAN WARWICK JR., | |
| DEFENDANT. | |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 31st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

3