FILED
2018 OCT 31  PM 1: 57
U.S. MAGISTRATE JUDGE
BY_____



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED
2018 OCT 31 PM 1:57
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00893-NJK |
| PLAINTIFF, | SEALED ORDER |
| VS. | |
| JOSEPH RYAN WARWICK JR., | |
| DEFENDANT. | |

In making its probable cause determination, the Court reviewed a copy of images referenced in the affidavit. The Court **ORDERS** those images to be sealed. The Court **INSTRUCTS** the Clerk's Office to maintain the sealed copy of those images, along with a copy of the Complaint, in a secured, locked location within the Clerk's Office.

IT IS SO ORDERED.

DATED this 31st day of October, 2018.

Honorable Nancy J. Koppe
United States Magistrate Judge

1