# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　PLAINTIFF,<br>VS.<br><br>JOSEPH RYAN WARWICK JR.,<br><br>　　　　　DEFENDANT. | Case No. 2:18-mj-00893-NJK<br><br>ORDER TO UNSEAL CASE |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED: November 5, 2018.

_____
UNITED STATES MAGISTRATE JUDGE