# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-380-APG-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JOSEPH RYAN WARWICK, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Joseph Ryan Warwick to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Joseph Ryan Warwick pled guilty. Criminal Indictment, ECF No. 19; Bill of Particulars, ECF No. 29; Change of Plea, ECF No. 30; Plea Agreement, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 33.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 12, 2019, through April 10, 2019, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. MacBook Pro laptop computer, model number A1286, serial number C02JG53XDV33;
2. Hitachi 500GB SATA hard drive, model number HTS547550A9E384, serial number 55GLN0PC;
3. White Apple iPhone 5S, model number A1457, serial number C39LN80SFFGC;
4. White Apple iPhone 6S, model number A1633, serial number DNPQC3E1GRXX; and
5. Black LG cell phone, model number LG-H900, serial number 510KPTM037417.

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /
/ / /
/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: May 29, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 28, 2019.

                                               /s/ Heidi L. Skillin
                                             HEIDI L. SKILLIN
                                             FSA Contractor Paralegal